**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-6095**

───────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

DEVIN NEIL GUNDRY, a/k/a "Neil",

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:09-cr-00063-RBS-TEM-7)

───────────

Submitted: May 28, 2015             Decided: June 5, 2015

───────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Devin Neil Gundry, Appellant Pro Se. Robert Edward Bradenham, II, Howard Jacob Zlotnick, Assistant United States Attorneys, Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia; Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devin Gundry appeals the district court's orders denying his motion for reduction of sentence and his motion for reconsideration. We find no abuse of direction. See United States v. Mann, 709 F.3d 301, 304 (4th Cir. 2013). Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

AFFIRMED